RITA PACHECO *v.* HOUSING AUTHORITY OF THE CITY OF WILLIMANTIC ET AL.
(13918)

Heiman, Spear and Hennessy, Js.

Argued December 4, 1995—decision released January 9, 1996

*Gary R. Atkinson*, with whom, on the brief, was *Anthony J. Palermino*, for the appellant (defendant).

*Jeffrey F. Gostyla*, with whom, on the brief, was *Edward T. Lynch, Jr.*, for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.